# EXHIBIT 1
## IRS Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED

APR 0 6 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 1617 HELTON ROAD, BEAN STATION, TN 37708, and its curtilage and outbuildings, appurtenances, and attached and detached garages and vehicles and trailers | ) ) ) ) |

Case No. 2:18-mj-66

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Tennessee_____

*(identify the person or describe the property to be searched and give its location)*:

The business located at 1617 Helton Road, Bean Station, TN 37708, and its curtilage and outbuildings, appurtenances, and attached and detached garages and vehicles and trailers located on such curtilage, more fully identified in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _April 16, 2018_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: _April 2, 2018 at 3:30 PM_     _____Clifton Corker_____
                                                                                    *Judge's signature*

City and state: _Greeneville, TN_     _Clifton L. Corker, U.S. Magistrate Judge_
                                                                    *Printed name and title*

Case 2:18-mj-00066 MCLC Document 3 Filed 04/05/18 Page 1 of 22 PageID #: 28
Case 3:19-cr-00002-TRM-CHS Document 3 Filed 03/21/19 Page 2 of 23 PageID #: 38
EXHIBIT 1 - 1

| Return | | |
|---|---|---|
| Case No.: 2:18-mj-66 | Date and time warrant executed: 4/5/2018  9:05 AM | Copy of warrant and inventory left with: JAMES BRANTLEY |
| Inventory made in the presence of : SA NICHOLAS WORSHAM | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/6/2018

_Nicholas R. Worsham_
*Executing officer's signature*

NICHOLAS R. WORSHAM, SPECIAL AGENT
*Printed name and title*

**Attachment A**

PROPERTY TO BE SEARCHED
Search Warrant Affidavit

1617 HELTON ROAD, BEAN STATION, TN 37708

Business of Southeastern Provisions, LLC located at 1617 Helton Road, Bean Station, TN, 37708, and its curtilage and outbuildings, appurtenances, and attached and detached garages and vehicles and trailers located on such curtilage.

Property Map



Property to be searched is contained within the parcels identified with the black border more specifically described as the business location of Southeastern Provisions, LLC which is located at 1617 Helton Road, Bean Station, Tennessee. The property to be searched contains four parcels of land all which are owned by James Brantley. The property contains multiple buildings and structures used in the operation of Southeastern Provisions, LLC which is owned by James Brantley.

1

Case 2:18-mj-00066 MOLC  Document 3  Filed 04/05/18  Page 3 of 22  PageID #: 30
Case 3:18-rj-00066-TRM-DHS  Document 3  Filed 02/21/19  Page 4 of 23
PageID #: 40
EXHIBIT 1 - 3

Aerial View



**Attachment B**

**ITEMS TO BE SEIZED**

The following records, documents and materials in whatever form and by whatever means they may have been created or stored, including any paper, electrical, electronic, or magnetic form which are related to the financial activities of James Brantley, Southeastern Provisions, LLC, and/or entities owned by James Brantley and/or any related entities to Southeastern Provisions, LLC from January 1, 2013 to the present, are to be seized:

(1)  The notebook or other written record in which employees are required to sign their names and log the number of hours they worked.

(2)  Financial Statements, bookkeeper's and/or accountant's work papers used in the preparation of records or tax returns; copies of all federal and state income tax returns; any and all books, records, invoices, receipts, bank statements and related records which reflect income and expenses.

(3)  Bank account information including passbooks or bank statements, records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, records reflecting the identity of checks deposited, withdrawal slips, cancelled checks and records disclosing the disposition of withdrawals, and Forms 1099. Records of any certificates of deposit, money market certificates, safety deposit boxes, wire transfers, U.S. Treasury Notes or Bills purchased, money orders, check ledgers, and checkbooks.

(4)  Loans Payable and Loans Receivable records including applications, financial statements, loan collateral, credit and background investigations required, loan agreements, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loans correspondence files and internal memoranda relative to these loans.

(5)  Indicia of occupancy, residency, rental and/or ownership of real estate; records detailing all properties titled, leased, or otherwise held by James Brantley, Southeastern Provisions, LLC, and/or entities owned by James Brantley and/or any related entities to Southeastern Provisions, LLC

(6)  Records of real estate transactions including listing agreements, sales contracts, leases or rental contracts; rental applications, financial worksheets and/or loan applications, addendums; deeds (whether recorded as a public record or not); promissory notes or other loan documentation or financing information; rental receipt ledgers; property use agreements, occupancy agreements, or contracts; documents reflecting the receipt of payments and description thereof; and correspondence, notes, telephone messages or other memoranda relating to sales or lease transactions.

1

Case 2:18-mj-00006-MCLC Document 3 Filed 04/05/18 Page 6 of 22 PageID #: 32
Case 3:18-mj-00006-CRM-DHB Document 1 Filed 02/21/18 Page 5 of 23 PageID #: 42
EXHIBIT 1 - 5

(7)     Diaries, calendars (whether conventional or electronic), appointment books, journals, address/telephone books (including and address/telephone rolodex or similar index).

(8)     Currency Transaction Reports, Forms 8300 or information related to the legal requirement to file such reports, regardless of their date of creation.

(9)     Records and/or documents which are related to the receipt of income, the disposition of the same, or banking activities, to include publications, notes, correspondence and/or memoranda, the content of which, in whole or in part, involves financial information or transactions.

(10)    Currency or cash.

(11)    Contents of any vault, safe, or lockbox of any kind, located at the location to be searched, provided that the contents are within the specifications as set forth in this list of items to be seized.

(12)    Employee files including applications for employment and identification documents provided by employees to gain employment.

(13)    Any electronic devices that are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modem, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer related electronic devices.

(14)    Any instructions or programs stored in the form of electronic or magnetic media that are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, compilers, interpreters and other programs of software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio or other means of transmission.

(15)    Any written or printed material that provides instructions or examples concerning the operation of a computer system, computer software and/or any related device.

(16)    Any information and/or data stored in the form of magnetic or electronic media capable of being read by a computer or with the aid of computer related equipment. This media includes floppy disks, diskettes, fixed hard disks, removable hard disk cartridges, tapes, USB jump/"thumb" drives and other devices, laser disks, video cassettes, and any other media which is capable of storing magnetic coding.

Case 2:18-mj-00066 MCJTRM-GLS  Document 3  Filed 02/05/18  Page 6 of 22  PageID #: 33
Case 1:18-mj-00066-CJTRM-CJTS  Document 3  Filed 02/05/18  Page 6 of 22  PageID #: 43
EXHIBIT 1 - 6

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Southeastern Provisions

1617 Helton Rd. Bean
Station, TN

**Investigation Number:**
1000285279
**Starting Date and Time:**
04/05/2018 09:05 AM
**Ending Date and Time:**
04/05/2018 04:20 PM

**Report Date:**
Friday, April 06, 2018

| | | |
|---|---|---|
| **Control #:** 1 | **Evidence Box:** | 1 |
| **Location:** First Office | **Locator Code:** | File Cabinet |
| **Found:** File Cabinet | | |
| **Description:** Seized per Warrant | Invoices Recievables & Payables for year 2018 | |

| | | |
|---|---|---|
| **Control #:** 2 | **Evidence Box:** | 2 |
| **Location:** First Office | **Locator Code:** | small table |
| **Found:** near desk | | |
| **Description:** Seized per Warrant | 2018 invoices | |

| | | |
|---|---|---|
| **Control #:** 3 | **Evidence Box:** | 3 |
| **Location:** First Office | **Locator Code:** | small table |
| **Found:** near desk | | |
| **Description:** Seized per Warrant | invoices 2018 | |

| | | |
|---|---|---|
| **Control #:** 4 | **Evidence Box:** | 4 |
| **Location:** First Office | **Locator Code:** | shelf |
| **Found:** above desk | | |
| **Description:** Seized per Warrant | invoices | |

| | | |
|---|---|---|
| **Control #:** 5 | **Evidence Box:** | 5 |
| **Location:** First Office | **Locator Code:** | file cabinet |
| **Found:** file cabinet | | |
| **Description:** Seized per Warrant | 2018 Account Rec Invoices | |

| | | |
|---|---|---|
| **Control #:** 6 | **Evidence Box:** | 6 |
| **Location:** First Office | **Locator Code:** | back wall |
| **Found:** back wall | | |
| **Description:** Seized per Warrant | invoices (expenses) | |

| | | |
|---|---|---|
| **Control #:** 7 | **Evidence Box:** | 7 |
| **Location:** First Office | **Locator Code:** | file cabinet |
| **Found:** file cabinet | | |
| **Description:** Seized per Warrant | 2018 account receivable invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 8 |
| **Location:** | First Office | **Locator Code:** | small desk |
| **Found:** | in box | | |
| **Description:** | Seized per Warrant | 2017 supplies + some customer invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 9 |
| **Location:** | First Office | **Locator Code:** | by small desk |
| **Found:** | by small desk | | |
| **Description:** | Seized per Warrant | box of income invoices for customers 2017 + 2018 | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 10 |
| **Location:** | First Office | **Locator Code:** | shelf |
| **Found:** | next to desk | | |
| **Description:** | Seized per Warrant | 2017 invoices, incoming product inventories | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 11 |
| **Location:** | First Office | **Locator Code:** | desk |
| **Found:** | desk | | |
| **Description:** | Seized per Warrant | 2018 acct pay, acct rec, employee meat sales, driver info | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 12 |
| **Location:** | First Office | **Locator Code:** | desk |
| **Found:** | desk | | |
| **Description:** | Seized per Warrant | 2018/current invoices, expense invoices, trailer incident reports, storage reports, time sheets, message logs | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 13 |
| **Location:** | Large Office | **Locator Code:** | in |
| **Found:** | desk | | |
| **Description:** | Seized per Warrant | sales by customer detail- Ida Beef | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 13 |
| **Location:** | Large Office | **Locator Code:** | CntDeskFileCab |
| **Found:** | cabinet on side of desk | | |
| **Description:** | Seized per Warrant | various sheets with employee names + amounts, sales orders/invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 13 |
| **Location:** | Large Office | **Locator Code:** | back desk |
| **Found:** | back desk | | |
| **Description:** | Seized per Warrant | timecard reports | |

Case 2:18-mj-00066-CRM-CHS   Document 3   Filed 02/21/19   Page 9 of 23   PageID #: 35
EXHIBIT P- 8

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 13 |
| **Location:** | Office 4 | **Locator Code:** | file cabinet |
| **Found:** | small black 2 drawer file cabinet | | |
| **Description:** | Seized per Warrant    Invoices (mct transportation) bills of lading-cattle fresh beef | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 13 |
| **Location:** | Women's Bath | **Locator Code:** | ladies restroom |
| **Found:** | inside purse inside locker 23 | | |
| **Description:** | Seized per Warrant    pay stub Erandi Campoz dated 3/14/18 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 13 |
| **Location:** | First Office | **Locator Code:** | top of |
| **Found:** | file cabinet | | |
| **Description:** | Seized per Warrant    employee names, phone numbers | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 13 |
| **Location:** | Office 4 | **Locator Code:** | small desk |
| **Found:** | drawer | | |
| **Description:** | Seized per Warrant    employee emergency contact list | | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 13 |
| **Location:** | First Office | **Locator Code:** | desk by door |
| **Found:** | on top of desk and in drawer | | |
| **Description:** | Seized per Warrant    expense records, waste dumpings, farm credit, keith james payment records, kenny pipe supply 2018 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 13 |
| **Location:** | Office 3 | **Locator Code:** | desk |
| **Found:** | desk | | |
| **Description:** | Seized per Warrant    emergency contact list of employees, job applications | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 13 |
| **Location:** | Office 3 | **Locator Code:** | filing cabinet |
| **Found:** | filing cabinet | | |
| **Description:** | Seized per Warrant    deposit tickets | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 13 |
| **Location:** | Office 2 | **Locator Code:** | blue |
| **Found:** | 3 drawer filing cabinet top drawer | | |
| **Description:** | Seized per Warrant    check slips 12/17-2/18 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 13 |
| **Location:** | Office 2 | **Locator Code:** | desk |
| **Found:** | drawer | | |
| **Description:** | Seized per Warrant    invoices paid names and amounts citizens bank, check stubs 3/18-4/18. #0642053883640 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 14 |
| **Location:** | Office 1 | **Locator Code:** | box |
| **Found:** | behind door | | |
| **Description:** | Seized per Warrant | payroll | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 15 |
| **Location:** | Office 1 | **Locator Code:** | file cabinet |
| **Found:** | next to wall | | |
| **Description:** | Seized per Warrant | tax records, payroll, w2s, w9s, etc | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 16 |
| **Location:** | Office 1 | **Locator Code:** | on top of |
| **Found:** | file cabinet | | |
| **Description:** | Seized per Warrant | binder-annual reports excise returns | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 16 |
| **Location:** | Office 1 | **Locator Code:** | on top of |
| **Found:** | file cabinets | | |
| **Description:** | Seized per Warrant | binder of bank records (2) binder 2018 bank statements | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 17 |
| **Location:** | Office 1 | **Locator Code:** | second |
| **Found:** | file cabinet | | |
| **Description:** | Seized per Warrant | employee records, payroll records, accounting software and books | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 18 |
| **Location:** | Second Office | **Locator Code:** | floor |
| **Found:** | next to desk | | |
| **Description:** | Seized per Warrant | jan 2018-feb 2018 cattle invoices and payments | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 19 |
| **Location:** | Second Office | **Locator Code:** | in |
| **Found:** | file box on window ledge | | |
| **Description:** | Seized per Warrant | folders that appear to contain supplier documents, payments, and check copies | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 19 |
| **Location:** | Office 1 | **Locator Code:** | on top of |
| **Found:** | mini fridge | | |
| **Description:** | Seized per Warrant | payroll forms-signed payroll records spreadsheets with employee signatures | |

Case 3:18-mj-00062-TRM-SKS Document 3 Filed 02/21/19 Page 11 of 23 PageID #: 47
Case 2:18-mj-00066 MCLC Document 9 Filed 04/05/18 Page 10 of 22 PageID #: 37
EXHIBIT 1 - 10

| | | | | |
|---|---|---|---|---|
| **Control #:** | 33 | | **Evidence Box:** | 19 |
| **Location:** | Office 1 | | **Locator Code:** | on |
| **Found:** | small table | | | |
| **Description:** | Seized per Warrant | payroll records, w9 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 34 | | **Evidence Box:** | 19 |
| **Location:** | Office 1 | | **Locator Code:** | bulletin board |
| **Found:** | behind file cabinets | | | |
| **Description:** | Seized per Warrant | supplier record IRS where to fileTN Dept of Labor Receipt of filing quarterly wage report | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 35 | | **Evidence Box:** | 19 |
| **Location:** | Office 1 | | **Locator Code:** | on top of |
| **Found:** | mini fridge | | | |
| **Description:** | Seized per Warrant | tax documents-forms 1099, forms w-3, forms w-2, spreadsheet of withdrawals | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 36 | | **Evidence Box:** | 19 |
| **Location:** | Office 1 | | **Locator Code:** | top of |
| **Found:** | horizontal file cabinet | | | |
| **Description:** | Seized per Warrant | folder containing receipts labeled "cash", signed payroll records, signed payroll spreadsheets | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 37 | | **Evidence Box:** | 19 |
| **Location:** | Office 1 | | **Locator Code:** | shelves |
| **Found:** | on outside wall | | | |
| **Description:** | Seized per Warrant | payroll records-signed, bill of ladding, payroll spreadsheets-signed, quickbooks training certificate, community college accounting cert of completion, form I-9 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 38 | | **Evidence Box:** | 20 |
| **Location:** | Office 1 | | **Locator Code:** | small |
| **Found:** | 3 drawer file cabinet | | | |
| **Description:** | Seized per Warrant | 2017 forms w4, employee files, 1099s, payroll sheets | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 39 | | **Evidence Box:** | 21 |
| **Location:** | Office 1 | | **Locator Code:** | blue |
| **Found:** | 3 drawer cabinet | | | |
| **Description:** | Seized per Warrant | invoices-2018 & copies of checks | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 40 | | **Evidence Box:** | 22 |
| **Location:** | Second Office | | **Locator Code:** | top |
| **Found:** | of desk | | | |
| **Description:** | Seized per Warrant | invoices, purchase orders, wire receipts, form w9, deposit receipts, spend sheets, bank statements and other financial documents | | |

Page 5 of 16

Case 2:18-mj-00066-MCLC Document 6 Filed 02/05/18 Page 11 of 22 PageID #: 38
Case 3:19-cr-00069-TRM-SUS Document 104 Filed 02/21/19 Page 12 of 23 PageID #: 48
EXHIBIT 1- 11

| | | | | |
|---|---|---|---|---|
| **Control #:** | 41 | | **Evidence Box:** | 22 |
| **Location:** | Second Office | | **Locator Code:** | 4 drawr cab |
| **Found:** | 3rd drawer from top | | | |
| **Description:** | Seized per Warrant | check receipts | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 42 | | **Evidence Box:** | 22 |
| **Location:** | Second Office | | **Locator Code:** | 4 drawr cab |
| **Found:** | 3rd drawer from top | | | |
| **Description:** | Seized per Warrant | check receipts | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 43 | | **Evidence Box:** | 22 |
| **Location:** | Second Office | | **Locator Code:** | keyboard |
| **Found:** | drawer of desk | | | |
| **Description:** | Seized per Warrant | inventory logs | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 44 | | **Evidence Box:** | 23 |
| **Location:** | Office 1 | | **Locator Code:** | top of |
| **Found:** | desk drawer | | | |
| **Description:** | Seized per Warrant | employee file, employee meat sales, hand written notes, identity docs, employee pay envelopes, time sheets | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 45 | | **Evidence Box:** | 23 |
| **Location:** | Office 1 | | **Locator Code:** | left |
| **Found:** | desk drawers | | | |
| **Description:** | Seized per Warrant | weekly timesheets, hand written notes of identities and dollar amounts, 2017 planner | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 46 | | **Evidence Box:** | 23 |
| **Location:** | Office 1 | | **Locator Code:** | top drawer |
| **Found:** | small 3 drawer filing cabinet | | | |
| **Description:** | Seized per Warrant | IRS payroll due notices, EFTPS enrollment | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 47 | | **Evidence Box:** | 23 |
| **Location:** | Office 1 | | **Locator Code:** | top of |
| **Found:** | printer | | | |
| **Description:** | Seized per Warrant | payroll records employee files | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 48 | | **Evidence Box:** | 23 |
| **Location:** | Office 1 | | **Locator Code:** | right |
| **Found:** | desk drawers | | | |
| **Description:** | Seized per Warrant | bank currency wrappers dated 2017, balance sheet, hand written notes, direct deposit change form USDA bond form, IRS address change, 941 deposit receipts, hand written notes, INTUIT pay stubs | | |

Case 3:18-mj-00006-TRM-SHS Document 3 Filed 02/05/18 Page 12 of 22 PageID #: 39
Case 2:18-mj-00006-MCLC Document 9 Filed 02/21/19 Page 13 of 23 PageID #: 49
EXHIBIT 1 - 12

| Control #: | 49 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | 4 drawer cab |
| Found: | 2nd drawer from top | | | |
| Description: | Seized per Warrant | farm credit loan documents | | |

| Control #: | 50 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelf |
| Found: | on south wall | | | |
| Description: | Seized per Warrant | citizens bank records | | |

| Control #: | 51 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelf |
| Found: | south wall | | | |
| Description: | Seized per Warrant | citizens bank records | | |

| Control #: | 52 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelf |
| Found: | south wall | | | |
| Description: | Seized per Warrant | citizens bank wire order fax sheets of transaction | | |

| Control #: | 53 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | clipped |
| Found: | side of 4 drawer cabinet | | | |
| Description: | Seized per Warrant | shipping receipts | | |

| Control #: | 54 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelves |
| Found: | south wall | | | |
| Description: | Seized per Warrant | invoices of business purchase, receipts | | |

| Control #: | 55 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelves |
| Found: | south wall | | | |
| Description: | Seized per Warrant | daily cow log | | |

| Control #: | 56 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | on top |
| Found: | small shelf north wall | | | |
| Description: | Seized per Warrant | misc financial docs, cattle purchase receipt, insurance check stub | | |

| Control #: | 57 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | shelf |
| Found: | south wall | | | |
| Description: | Seized per Warrant | daily cow total sheets and spreadsheets | | |

| | | | |
|---|---|---|---|
| **Control #:** | 58 | **Evidence Box:** | 24 |
| **Location:** | Second Office | **Locator Code:** | small shelf |
| **Found:** | small shelf south wall | | |
| **Description:** | Seized per Warrant | letter labeled "payroll budgeting" | |

| | | | |
|---|---|---|---|
| **Control #:** | 59 | **Evidence Box:** | 25 |
| **Location:** | Second Office | **Locator Code:** | desk top |
| **Found:** | north side wall | | |
| **Description:** | Seized per Warrant | misc. financial documents, invoices, A/R, bank records, property tax records cash receipt book | |

| | | | |
|---|---|---|---|
| **Control #:** | 60 | **Evidence Box:** | 26 |
| **Location:** | Second Office | **Locator Code:** | under desk |
| **Found:** | right side | | |
| **Description:** | Seized per Warrant | workers comp documents/statements, invoices | |

| | | | |
|---|---|---|---|
| **Control #:** | 61 | **Evidence Box:** | 26 |
| **Location:** | Second Office | **Locator Code:** | under desk |
| **Found:** | left side when sitting | | |
| **Description:** | Seized per Warrant | receipts, copies of checks and other misc documents found in green bag in purse | |

| | | | |
|---|---|---|---|
| **Control #:** | 62 | **Evidence Box:** | 26 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | box | | |
| **Description:** | Seized per Warrant | receivables 2017 | |

| | | | |
|---|---|---|---|
| **Control #:** | 63 | **Evidence Box:** | 27 |
| **Location:** | Storage Room 4 | **Locator Code:** | ROOM |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2013 DEPRECIATION LIST FOLDER FUEL TAX INFO | |

| | | | |
|---|---|---|---|
| **Control #:** | 64 | **Evidence Box:** | 28 |
| **Location:** | Storage Room 4 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2013 PAYABLES | |

| | | | |
|---|---|---|---|
| **Control #:** | 65 | **Evidence Box:** | 29 |
| **Location:** | Storage Room 3 | **Locator Code:** | BACK ROOM |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | PAID INVOICES | |

Case 3:18-mj-00062-JRM-SHS Document 3 Filed 02/21/19 Page 14 of 22 PageID #: 41
Case 2:18-mj-00060-MCLC Document 3 Filed 04/05/18 Page 14 of 22 PageID #: 33
PageID #: 51
EXHIBIT 1- 14

| Control #: | 66 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | back room |
| Found: | BOX | | | |
| Description: | Seized per Warrant | EMPLOYEE RECORDS 2017 | | |

| Control #: | 67 | | Evidence Box: | 31 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | 2017 INVOICES | | |

| Control #: | 68 | | Evidence Box: | 32 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | 2016 INVOICES | | |

| Control #: | 69 | | Evidence Box: | 33 |
|---|---|---|---|---|
| Location: | Storage Room 4 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | 2013 ACCOUNTS RECEIVABLE | | |

| Control #: | 70 | | Evidence Box: | 34 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | 2016 INVOICES | | |

| Control #: | 71 | | Evidence Box: | 35 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | 2015 EMPLOYEEE SHEETS | | |

| Control #: | 72 | | Evidence Box: | 36 |
|---|---|---|---|---|
| Location: | Storage Room 4 | | Locator Code: | BOX |
| Found: | FLOOR | | | |
| Description: | Seized per Warrant | ACCOUNT RECEIVABLE 2014 | | |

| Control #: | 73 | | Evidence Box: | 37 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | back room |
| Found: | BOX | | | |
| Description: | Seized per Warrant | PAID INVOICES | | |

| Control #: | 74 | | Evidence Box: | 38 |
|---|---|---|---|---|
| Location: | Storage Room 3 | | Locator Code: | back room |
| Found: | BOX | | | |
| Description: | Seized per Warrant | SUPPLY CATTLE PURCHASE RECORDS | | |

Case 3:18-mj-00062-TRM-SUS Document 1 Filed 02/21/19 Page 16 of 23
Case 2:18-mj-00066-MCLC Document 2 Filed 02/05/18 Page 15 of 22 PageID #: 42
PageID #: 52
EXHIBIT 1 - 15

| | | | | |
|---|---|---|---|---|
| **Control #:** | 75 | | **Evidence Box:** | 39 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | PAID INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 76 | | **Evidence Box:** | 40 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | PAID INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 77 | | **Evidence Box:** | 41 |
| **Location:** | Storage Room 3 | | **Locator Code:** | BACK ROOM |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | PAID INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 78 | | **Evidence Box:** | 42 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | PAID INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 79 | | **Evidence Box:** | 42 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | 2016 INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 80 | | **Evidence Box:** | 43 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | ALL CATTLE INVOICES 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 81 | | **Evidence Box:** | 44 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | ACCOUNTS RECEIVABLE | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 82 | | **Evidence Box:** | 45 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | PAID INVOICES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 83 | | **Evidence Box:** | 46 |
| **Location:** | Storage Room 3 | | **Locator Code:** | back room |
| **Found:** | BOX | | | |
| **Description:** | Seized per Warrant | 2015 PAID INVOICES | | |

Case 3:18-mj-00060-TRM-SUS Document 1 Filed 02/21/19 Page 17 of 23
PageID #: 53
EXHIBIT 1 - 16
Case 2:18-mj-00060-MCLC Document 1 Filed 02/21/19 Page 16 of 22 PageID #: 43

| | | | |
|---|---|---|---|
| **Control #:** | 84 | **Evidence Box:** | 47 |
| **Location:** | Storage Room 4 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2014 ACCOUNT PAYABLE BANK STATEMENTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 85 | **Evidence Box:** | 48 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2017 INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 86 | **Evidence Box:** | 49 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2015 PAID INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 87 | **Evidence Box:** | 50 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | FARM COW RECORDS | |

| | | | |
|---|---|---|---|
| **Control #:** | 88 | **Evidence Box:** | 51 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2017 SUPPLIER PAID INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 89 | **Evidence Box:** | 52 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2015 ACCOUNTS PAYABLE | |

| | | | |
|---|---|---|---|
| **Control #:** | 90 | **Evidence Box:** | 53 |
| **Location:** | Storage Room 4 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2014 PAYABLE FILES | |

| | | | |
|---|---|---|---|
| **Control #:** | 91 | **Evidence Box:** | 54 |
| **Location:** | Storage Room 4 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2014 EMPLOYEE RECORDS | |

| | | | |
|---|---|---|---|
| **Control #:** | 92 | **Evidence Box:** | 55 |
| **Location:** | Storage Room 3 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2013 PAYROLL RECORDS | |

| **Control #:** | 93 | | **Evidence Box:** | 56 |
| **Location:** | Storage Room 3 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 ACCOUNTS RECEIVABLE | | |

| **Control #:** | 94 | | **Evidence Box:** | 57 |
| **Location:** | Storage Room 3 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2017 PAID INVOICES | | |

| **Control #:** | 95 | | **Evidence Box:** | 58 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2014 ACCOUNT PAYABLES | | |

| **Control #:** | 96 | | **Evidence Box:** | 59 |
| **Location:** | Storage Room 3 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2015 COW PURCHASES | | |

| **Control #:** | 97 | | **Evidence Box:** | 60 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | ACCOUNTS PAYABLE 2014 | | |

| **Control #:** | 98 | | **Evidence Box:** | 61 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | PAYABLE FOR NASH WILLIAMS MAJORS 2014 | | |

| **Control #:** | 99 | | **Evidence Box:** | 62 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2013 COW PURCHASES | | |

| **Control #:** | 100 | | **Evidence Box:** | 63 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2013 ACCOUNTS PAYABLE | | |

| **Control #:** | 101 | | **Evidence Box:** | 64 |
| **Location:** | Storage Room 4 | | **Locator Code:** | BOX |
| **Found:** | FLOOR | | | |
| **Description:** | Seized per Warrant | 2013 RECEIVABLES | | |

Case 3:18-mj-00062-TRM-SUS   Document 2   Filed 02/21/19   Page 19 of 23   PageID #: 45
Case 2:18-mj-00066-MCLC   Document 1-1   Filed 02/05/18   Page 13 of 22   PageID #: 55
EXHIBIT 1 - 18

| | | | |
|---|---|---|---|
| **Control #:** | 102 | **Evidence Box:** | 65 |
| **Location:** | Storage Room 3 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2015 COW PURCHASES | |

| | | | |
|---|---|---|---|
| **Control #:** | 103 | **Evidence Box:** | 66 |
| **Location:** | Storage Room 3 | **Locator Code:** | BOX |
| **Found:** | FLOOR | | |
| **Description:** | Seized per Warrant | 2017 PAID INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 104 | **Evidence Box:** | 67 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | 2016 EMPLOYEE RECORDS | |

| | | | |
|---|---|---|---|
| **Control #:** | 105 | **Evidence Box:** | 68 |
| **Location:** | Storage Room 3 | **Locator Code:** | back room |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | PAID INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 106 | **Evidence Box:** | 69 |
| **Location:** | Storage Room 3 | **Locator Code:** | BACK ROOM |
| **Found:** | BOX | | |
| **Description:** | Seized per Warrant | SUPPLIERS PAID INVOICES | |

| | | | |
|---|---|---|---|
| **Control #:** | 107 | **Evidence Box:** | 99 |
| **Location:** | Office 3 | **Locator Code:** | file cabinet |
| **Found:** | TOP | | |
| **Description:** | Seized per Warrant | IMAGE OF HP COMPANY DESKTOP HP COMPAQ WD CAVIAR S/N WMADK4280865 | |

| | | | |
|---|---|---|---|
| **Control #:** | 108 | **Evidence Box:** | 99 |
| **Location:** | First Office | **Locator Code:** | DESK |
| **Found:** | NEXT TO | | |
| **Description:** | Seized per Warrant | IMAGE OF HP PAVILION DESKTOP HP PAVILION 500-223W S/N MXX4080TQW | |

| | | | |
|---|---|---|---|
| **Control #:** | 109 | **Evidence Box:** | 99 |
| **Location:** | Office 1 | **Locator Code:** | DESK |
| **Found:** | TOP | | |
| **Description:** | Seized per Warrant | HP PAVILION 500PC S/N 4CE3190NPY PRISCILLAS OFFICE, PAYROLL COMPUTER | |

Case 3:18-mj-00066-TRM-SUS Document 1-1 Filed 02/21/19 Page 20 of 23
PageID #: 56
EXHIBIT 1 - 19
Case 2:18-mj-00066-MCLC Document 1-1 Filed 02/05/18 Page 19 of 22 PageID #: 46

| | | | | |
|---|---|---|---|---|
| **Control #:** | 110 | | **Evidence Box:** | 99 |
| **Location:** | Office 2 | | **Locator Code:** | DESK |
| **Found:** | TOP | | | |
| **Description:** | Seized per Warrant | IMAGE OF HP PAVILION DESKTOP HP PAVILION 500 S/N MXX4090SVD | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 111 | | **Evidence Box:** | 99 |
| **Location:** | Large Office | | **Locator Code:** | DESK |
| **Found:** | UNDER TV | | | |
| **Description:** | Seized per Warrant | IMAGE OF HARD DRIVE FROM DELL INSPIRION DELL INSPIRON 3252 S/N D8RQKHZ | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 112 | | **Evidence Box:** | 99 |
| **Location:** | First Office | | **Locator Code:** | DESK |
| **Found:** | DRAWER | | | |
| **Description:** | Seized per Warrant | IMAGE OF HARD DRIVE FROM ACER ASPIRE LAPTOP ACER ASPIRE 5920 S/N LXAKV037974611A722500 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 113 | | **Evidence Box:** | 99 |
| **Location:** | Panel Box/Server Roo | | **Locator Code:** | DVR |
| **Found:** | TOP | | | |
| **Description:** | Seized per Warrant | AV INC LTD-16TCB | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 114 | | **Evidence Box:** | 99 |
| **Location:** | Panel Box/Server Roo | | **Locator Code:** | DVR |
| **Found:** | TOP | | | |
| **Description:** | Seized per Warrant | LOREX NR932-N | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 115 | | **Evidence Box:** | 99 |
| **Location:** | Panel Box/Server Roo | | **Locator Code:** | SERVER |
| **Found:** | TOP | | | |
| **Description:** | Seized per Warrant | DELL POWEREDGE T130 S/N 6SXMXK2 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 116 | | **Evidence Box:** | 99 |
| **Location:** | Large Office | | **Locator Code:** | DESK DRAWER |
| **Found:** | CENTER MIDDLE | | | |
| **Description:** | Seized per Warrant | WD ELEMENTS 4117B 278 EXT HD S/N WXB1A47P2ACL | | |

| | | | |
|---|---|---|---|
| **Control #:** | 117 | **Evidence Box:** | 99 |
| **Location:** | Large Office | **Locator Code:** | CENTER DESK |
| **Found:** | MIDDLE DRAWER | | |
| **Description:** | Seized per Warrant | WD MY PASSPORT ULTRA 28T 1514B EXT HD S/N WX31A93W1194 | |

| | | | |
|---|---|---|---|
| **Control #:** | 118 | **Evidence Box:** | 99 |
| **Location:** | First Office | **Locator Code:** | DESK |
| **Found:** | DRAWER | | |
| **Description:** | Seized per Warrant | APPLE IPAD A1475 S/N DMPQRIUJ4YD | |

| | | | |
|---|---|---|---|
| **Control #:** | 119 | **Evidence Box:** | 99 |
| **Location:** | Office 4 | **Locator Code:** | filing cabinet |
| **Found:** | BEHIND DESK | | |
| **Description:** | Seized per Warrant | DELL INSPIRON N4110 S/N GKOCRQ1 | |

| | | | |
|---|---|---|---|
| **Control #:** | 120 | **Evidence Box:** | 99 |
| **Location:** | Large Office | **Locator Code:** | DESK |
| **Found:** | TOP | | |
| **Description:** | Seized per Warrant | HP PROBOOK 453005 S/N CNU13925J0 | |

| | | | |
|---|---|---|---|
| **Control #:** | 121 | **Evidence Box:** | 69 |
| **Location:** | Cafeteria | **Locator Code:** | PRICILLA KECK |
| **Found:** | ON HER PERSON | | |
| **Description:** | Seized per Warrant | EMPTY CASH ENVELOPE/CASH REMOVED | |

| | | | |
|---|---|---|---|
| **Control #:** | 122 | **Evidence Box:** | 99 |
| **Location:** | Office 4 | **Locator Code:** | DESK |
| **Found:** | TOP | | |
| **Description:** | Seized per Warrant | LENOVO THINKPAD T440 S/N PF-02JRC814/06 | |

| | | | |
|---|---|---|---|
| **Control #:** | 123 | **Evidence Box:** | 99 |
| **Location:** | Office 4 | **Locator Code:** | DESK |
| **Found:** | TOP | | |
| **Description:** | Seized per Warrant | LENOVO THINKPAD T440 S/N PF-00LK9D14/02 | |

| Control #: | 124 | | Evidence Box: | 99 |
|---|---|---|---|---|
| Location: | Second Office | | Locator Code: | DESK |
| Found: | TOP | | | |
| Description: | Seized per Warrant | TOSHIBA SATELLITE S/N XF129219C | | |

| Control #: | 125 | | Evidence Box: | 99 |
|---|---|---|---|---|
| Location: | Large Office | | Locator Code: | DESK |
| Found: | TOP | | | |
| Description: | Seized per Warrant | SEAGATE BACKUP PLUS HUB 8TB EXT HD S/N NA8T9N50 | | |

| Control #: | 126 | | Evidence Box: | 99 |
|---|---|---|---|---|
| Location: | Large Office | | Locator Code: | DESK |
| Found: | CENTER | | | |
| Description: | Seized per Warrant | WD 3TB WD30PURZ PURPLE S/N WCC4N7NZ9JHZ | | |

| Control #: | 127 | | Evidence Box: | 99 |
|---|---|---|---|---|
| Location: | Large Office | | Locator Code: | DESK |
| Found: | TOP | | | |
| Description: | Seized per Warrant | LOREX NR932-N 32CH 4K 2HD 6TB S/N ND031708015455 | | |

Case 3:18-mj-00062-TRM-SHS   Document 3   Filed 02/21/19   Page 23 of 23   PageID #: 49
Case 2:18-mj-00066-MCLC   Document 3   Filed 04/05/19   Page 22 of 22   PageID #: 59
EXHIBIT 1 - 22