IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **ISABEL ZELAYA, et al.**,<br><br>Plaintiffs,<br>v.<br><br>**JERE MILES, et al.**<br><br>Defendants. | Civil Action No. 3:19-cv-00062<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL AS TO DEFENDANT JERE MILES ONLY, WITHOUT PREJUDICE

WHEREAS, Isabel Zelaya, Geronimo Guerrero, Carolina Romulo Mendoza, Luis Roberto Bautista Martínez, Martha Pulido, Catarino Zapote Hernández, and Maria del Pilar Gonzalez Cruz, on behalf of themselves and the proposed class, have entered into a Tolling Agreement ("Agreement") with Defendant Jere Miles effective as of May 16, 2019 (a copy of the Agreement is attached hereto as Exhibit A);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Agreement, that plaintiffs Isabel Zelaya, Geronimo Guerrero, Carolina Romulo Mendoza, Luis Roberto Bautista Martínez, Martha Pulido, Catarino Zapote Hernández, and Maria del Pilar Gonzalez Cruz, on behalf of themselves and the proposed class, hereby dismiss, without prejudice, the above-captioned action against Defendant Jere Miles only, and with each party bearing its own costs and fees. Defendant Jere Miles is hereby relieved from any and all further responsibility as a party in this matter, subject to the terms of the Agreement.

*Signature Pages Follow*

Dated: May 17, 2019

| | |
|---|---|
| J. DOUGLAS OVERBEY<br>United States Attorney<br><br>*/s/ Kenny L. Saffles w/p JLF*<br>Kenny L. Saffles (BPR #023870)<br>Leah W. McClanahan (BPR #027603)<br>Assistant United States Attorney<br>800 Market Street, Suite 211<br>Knoxville, TN 37902<br>Kenny.Saffles@usdoj.gov<br>Leah.McClanahan@usdoj.gov<br>(865) 545-4167<br><br>*Attorneys for Defendant Jere Miles* | */s/ John L. Farringer*<br>William L. Harbison (No. 7012)<br>Phillip F. Cramer (No. 20697)<br>John L. Farringer IV (No. 22783)<br>SHERRARD ROE VOIGT & HARBISON, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>T: (615) 742-4200<br>F: (615) 742-4539<br>bharbison@srvhlaw.com<br>pcramer@srvhlaw.com<br>jfarringer@srvhlaw.com<br><br>Meredith B. Stewart<br>SOUTHERN POVERTY LAW CENTER<br>201 Saint Charles Avenue, Suite 2000<br>New Orleans, LA 70170<br>T: (504) 486-8982<br>F: (504) 486-8947<br>meredith.stewart@splcenter.org<br><br>Julia Solórzano<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 1287<br>Decatur, GA 30031<br>T: (404) 521-6700<br>F: (404) 221-5857<br>julia.solorzano@splcenter.org<br><br>Melissa S. Keaney<br>Nora A. Preciado<br>Araceli Martínez-Olguín<br>NATIONAL IMMIGRATION LAW CENTER<br>3450 Wilshire Blvd. #108 – 62<br>Los Angeles, CA 90010<br>T: (213) 639-3900<br>F: (213) 639-3911<br>keaney@nilc.org<br>preciado@nilc.org<br>martinez-olguin@nilc.org |

Eben P. Colby
500 Boylston Street
Boston, Massachusetts 02116
T: 617-573-4855
F: 617-305-4855
Eben.Colby@probonolaw.com

Jeremy A. Berman
Four Times Square
New York, NY 10036-6522
T: 212-735-2032
F: 917-777-2032
Jeremy.Berman@probonolaw.com

Arthur R. Bookout
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
T: 302-651-3026
F: 302-434-3026
Art.Bookout@probonolaw.com

Whitney Wester
1000 Louisiana
Suite 6800
Houston, TX 77002
T: 713-655-5152
F: 713-483-9152
Whitney.Wester@probonolaw.com

*Attorneys for Plaintiffs Isabel Zelaya, Geronimo Guerrero, Carolina Romulo Mendoza, Luis Roberto Bautista Martínez, Martha Pulido, Catarino Zapote Hernández, and Maria del Pilar Gonzalez Cruz, on behalf of themselves and the proposed class*

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other Parties will be served by regular U.S. mail at the below addresses.

Theodore Francisco, Special Agent, HSI

Travis Carrier, Special Agent, ICE

Trevor Christensen, Special Agent, ICE

Glen Blache, Special Agent, ICE
ICE HSI Knoxville
324 Prosperity Rd.
Knoxville, TN 37923

Brenda Dickson, Special Agent, ICE
ICE HSI Chattanooga
2150 Stein Drive
Chattanooga, TN 37421

George Nalley, Agent of ICE
Address Currently Unknown

Clint Cantrell, Special Agent, ICE
ICE HSI Chattanooga
2150 Stein Drive
Chattanooga, TN 37421

Ricky Thornburgh, Agent of ICE
Address Currently Unknown

Jonathan Hendrix, Special Agent, HSI
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

Patrick Ryan Hubbard, Special Agent, ICE
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

Wayne Dickey, Special Agent, HSI
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

James K. Liles, Special Agent, HSI
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

Michael Perez, Special Agent, HSI
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

Keith Hale, Special Agent, ICE
ICE HSI Memphis
842 Virginia Run Cove
Memphis, TN 38122

Connie Stephens, Agent, ICE
ICE HSI Memphis
842 Virginia Run Cove
Memphis, TN 38122

Tommy Pannell, Agent, ICE
ICE HSI Memphis
842 Virginia Run Cove
Memphis, TN 38122

Shannon Hope, Agent, ICE
Address Currently Unknown

Troy McCarter, Agent, ICE
Address Currently Unknown

Bradley Harris, Agent, ICE
Address Currently Unknown

Joshua McCready, Agent, ICE
Address Currently Unknown

Ronald Appel, Resident Agent in Charge, ICE
Address Currently Unknown

Bobby Smith, Agent, ICE
Address Currently Unknown

Blake Diamond, Agent, ICE
Address Currently Unknown

Paul Criswell, Agent, ICE
Address Currently Unknown

Jeffery Klinko, Agent, ICE
Address Currently Unknown

Jeffrey Schroder, Agent, ICE
Address Currently Unknown

David Lodge, Deportation Officer, ICE, ERO
Address Currently Unknown

Dennis Fetting, Special Agent, ICE
ICE HSI Nashville
501 Brick Church Park Drive
Nashville, TN, 37207

Deni Bukvic, Agent, ICE
Address Currently Unknown

Jeff Bednar, CBP Port Director
Address Currently Unknown

Kashif Chowhan, Deportation Officer, ICE, ERO
ICE HSI Knoxville
324 Prosperity Rd.
Knoxville, TN 37923

Robert Whited, Agent, ICE
Address Currently Unknown

Trey Lund, Deputy Field Office Director
ICE HSI New Orleans
1250 Poydras St., Suite 2200
New Orleans, LA 70113

John Witsell, Special Agent, ICE
Address Currently Unknown

Michelle Evans, Agent, ICE
Address Currently Unknown

Wesley Anthony
Address Currently Unknown

Steven Ledgerwood
Address Currently Unknown

Francis Coker
Address Currently Unknown

Christopher Cannon, ICE, ERO
Address Currently Unknown

Chief John Heishman, Agent of CBP
Address Currently Unknown

Aunrae Navarre, CBP Officer
Address Currently Unknown

Ricky Smith, CBP Officer
Address Currently Unknown

Matthew Moon, Agent of CBP
Address Currently Unknown

Jason Miller, CBP Officer
Address Currently Unknown

Austin Williams, CBP Port Director
Address Currently Unknown

Dated: May 17, 2019 */s/ John L. Farringer*
Counsel for Plaintiffs