UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ISABEL ZELAYA, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No 3:19-CV-62 |
| v. ) | (REEVES/GUYTON) |
| ) | |
| JERE MILES, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' NOTICE OF WITHDRAWAL OF MOTION TO QUASH, IN PART, THE SUBPOENA ISSUED TO THE DEPARTMENT OF HOMELAND SECURITY**

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, as a third-party recipient of a subpoena, hereby gives notice that it withdraws the Motion to Quash, In Part, the Subpoena Issued to the Department of Homeland Security (Doc. 67) without prejudice due to the fact that Plaintiffs, via an email from their counsel dated June 27, 2019, have withdrawn the subpoena without prejudice.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Kenny L. Saffles*
Kenny L. Saffles (BPR #023870)
Leah W. McClanahan (BPR #027603)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
Kenny.Saffles@usdoj.gov
Leah.McClanahan@usdoj.gov
(865) 545-4167

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2019, the foregoing motion was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and all persons or parties not on the electronic filing receipt will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

            By: *s/ Kenny L. Saffles*
                Kenny L. Saffles
                Assistant United States Attorney