UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ISABEL ZELAYA

v.                                            Case No.: 3:19–cv–00062–TRM–SKL

JERE MILES

## RECUSAL

The undersigned magistrate judge hereby RECUSES from this case pursuant to 28 U.S.C. § 455.

ENTER

                                                     s/Susan K Lee
                                                     UNITED STATES MAGISTRATE JUDGE