UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ISABEL ZELAYA, et al., | )<br>) Case No. 3:19-cv-62<br>) |
| *Plaintiffs*, | )<br>) Judge Travis R. McDonough |
| v. | )<br>) Magistrate Judge Christopher H. Steger |
| ROBERT HAMMER, et al., | )<br>) |
| *Defendants*. | ) |

**ORDER**

Before the Court is the parties' joint motion to dismiss Plaintiff Luis Bautista Martínez's individual claims (Doc. 576). The motion is **GRANTED**. Plaintiff Bautista Martínez will proceed in this action as a putative class member per the terms of the parties' agreement and his individual claims are hereby **DISMISSED**. (*Id.*) The IRS Planner Defendants' motion to strike (Doc. 578) is **DENIED AS MOOT**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**