IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ISABEL ZELAYA, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.: 3:19-cv-00062 |
| | ) | |
| ROBERT HAMMER, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF COMPLIANCE

Mary Ann Stackhouse gives notice of compliance with the Order of this Court of August 15, 2022, [Doc. 752].

s/Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)

LEWIS THOMASON, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
mstackhouse@lewisthomason.com
(865) 546-4646
*Attorneys for Defendant John Witsell, in hi individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of August, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Mary Ann Stackhouse
Mary Ann Stackhouse, BPR 017210