# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| ISABEL ZELAYA, et al., | ) |
|     *Plaintiffs*, | ) Case No. 3:19-cv-62 |
| v. | ) Judge Travis R. McDonough |
| ROBERT HAMMER, et al., | ) Magistrate Judge Christopher H. Steger |
|     *Defendants*. | ) |

## ORDER

On August 29, 2022, the parties notified the Court by e-mail of their agreement in principle to settle the case. In their notice, the parties request that the Court stay all deadlines through September 9, 2022, to allow sufficient time to finalize their settlement agreement. Accordingly, all matters in this case are hereby **STAYED** through **September 9, 2022**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**