UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ISABEL ZELAYA, et al., | |
| *Plaintiffs*, | No. 3:19-cv-00062-TRM-CHS |
| v. | CLASS ACTION |
| ROBERT HAMMER, et al., | JURY DEMANDED |
| *Defendants*. | |

## JOINT MOTION TO EXTEND STAY

On August 31, 2022, the Court entered an order staying all matters in this case through September 9, 2022, to allow the parties sufficient time to finalize a settlement agreement. (Doc. 770.) Since the parties reached a settlement in principle on August 23, 2022, Defendants have been working diligently to obtain the necessary approval from the multiple parties and agencies that must review and finalize an agreement. Given the complexity of this case and the need for Plaintiffs to review and agree to language before an agreement can be presented to the Court for preliminary approval of the class settlement, counsel for the parties have conferred and jointly request that the Court extend the stay for ten days, until September 19, 2022.

Respectfully submitted,

| | |
|---|---|
| **NATIONAL IMMIGRATION LAW CENTER**<br><br>By: */s/ Michelle Lapointe*<br>    Michelle Lapointe<br>P.O. Box 247<br>Decatur, Georgia 30031<br>Telephone (213) 279-2508<br>lapointe@nilc.org<br><br>**SOUTHERN POVERTY LAW CENTER**<br><br>Meredith B. Stewart<br>201 Saint Charles Avenue, Suite 2000<br>New Orleans, Louisiana 70170<br>Telephone (504) 486-8982<br>meredith.stewart@splcenter.org<br><br>**SHERRARD ROE VOIGT & HARBISON, PLC**<br><br>William L. Harbison, Tenn. BPR No. 7012<br>Phillip F. Cramer, Tenn. BPR No. 20697<br>John L. Farringer, IV, Tenn. BPR No. 22783<br>150 3rd Avenue South, Suite 1100<br>Nashville, Tennessee 37201<br>Telephone (615) 742-4200<br>bharbison@srvhlaw.com<br>pcramer@srvhlaw.com<br>jfarringer@srvhlaw.com<br><br>*Counsel for Plaintiffs* | **MILLER & MARTIN PLLC**<br><br>By: */s/ Zachary H. Greene*<br>    Donald J. Aho, Tenn. BPR No. 11975<br>    Zachary H. Greene, Tenn. BPR No. 24451<br>    Bradford G. Harvey, Tenn. BPR No. 17393<br>1200 Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, Tennessee 37402<br>Telephone (423) 756-6600<br>don.aho@millermartin.com<br>zac.greene@millermartin.com<br>brad.harvey@millermartin.com<br><br>Alexander C. Vey, Tenn. BPR No. 35373<br>2100 Regions Plaza<br>1180 West Peachtree Street, NW<br>Atlanta, Georgia 30309<br>alex.vey@millermartin.com<br><br>*Counsel for the IRS Planner Defendants*<br><br>*On Behalf and with the Permission of All Individual Defendants, Through Counsel*<br><br>**UNITED STATES OF AMERICA**<br><br>By: */s/ Laura Day Taylor*<br>    Laura Day Taylor<br>    Krista Consiglio Frith<br>    Kari Munro<br>Office of the United States Attorney<br>  for the Western District of Virginia<br>P.O. Box 1709<br>Roanoke, Virginia 24008-1709<br>Telephone (540) 857-2250<br>laura.taylor@usdoj.gov<br>krista.frith@usdoj.gov<br>kari.munro@usdoj.gov<br><br>*Counsel for the United States of America* |