UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ISABEL ZELAYA, et al., | |
| *Plaintiffs*, | No. 3:19-cv-00062-TRM-CHS |
| v. | CLASS ACTION |
| ROBERT HAMMER, et al., | JURY DEMANDED |
| *Defendants*. | |

**JOINT MOTION TO EXTEND STAY**

On August 31, 2022, the Court entered an order staying all matters in this case through September 9, 2022, to allow the parties sufficient time to finalize a settlement agreement. (Doc. 770.) On September 9, 2022, the parties moved for a further stay through September 19, 2022, which the Court granted on September 13, 2022. (Doc. 772.) The parties continue to work through the class and individual settlement language and associated documents, including a proposed notice, claims forms, and motion for preliminary approval of the class settlement. Accordingly, Counsel for the parties have conferred and jointly request that the Court extend the stay through October 10, 2022.

Respectfully submitted,

| | |
|---|---|
| **NATIONAL IMMIGRATION LAW CENTER** | **MILLER & MARTIN PLLC** |

By: /s/ Michelle Lapointe
    Michelle Lapointe
P.O. Box 247
Decatur, Georgia 30031
Telephone (213) 279-2508
lapointe@nilc.org

**SOUTHERN POVERTY LAW CENTER**

Meredith B. Stewart
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone (504) 486-8982
meredith.stewart@splcenter.org

**SHERRARD ROE VOIGT & HARBISON, PLC**

William L. Harbison, Tenn. BPR No. 7012
Phillip F. Cramer, Tenn. BPR No. 20697
John L. Farringer, IV, Tenn. BPR No. 22783
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone (615) 742-4200
bharbison@srvhlaw.com
pcramer@srvhlaw.com
jfarringer@srvhlaw.com

*Counsel for Plaintiffs*

By: /s/ Zachary H. Greene
    Donald J. Aho, Tenn. BPR No. 11975
    Zachary H. Greene, Tenn. BPR No. 24451
    Bradford G. Harvey, Tenn. BPR No. 17393
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
don.aho@millermartin.com
zac.greene@millermartin.com
brad.harvey@millermartin.com

Alexander C. Vey, Tenn. BPR No. 35373
2100 Regions Plaza
1180 West Peachtree Street, NW
Atlanta, Georgia 30309
alex.vey@millermartin.com

*Counsel for the IRS Planner Defendants*

*On Behalf and with the Permission of All Defendants*

2

Case 3:19-cv-00062-TRM-CHS   Document 774   Filed 09/16/22   Page 2 of 2   PageID #: 14220