UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ISABEL ZELAYA, et al., | ) |
| *Plaintiffs*, | ) Case No. 3:19-cv-62 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| ROBERT HAMMER, et al., | ) Magistrate Judge Christopher H. Steger |
| | ) |
| *Defendants*. | ) |

## ORDER

On October 11, 2022, the Court held a telephonic status conference with counsel to discuss the parties' progress in finalizing their settlement agreement. (Doc. 778.) During the conference, counsel affirmed that the parties have agreed to the terms and form of agreement and stated that only one defendant and several plaintiffs have yet to sign the agreement. Nevertheless, the parties anticipate no further issues and, once counsel secures these few remaining signatures, will file a joint motion for approval of the settlement. Promises considered, the Court will **STAY** all matters in this case through **Monday, October 17, 2022**. Once the parties file a motion for preliminary approval of the settlement agreement, the Court will issue further orders as appropriate.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**