U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO. 3:19-cv-62

STYLE: Zelaya v. Miles

PRESENT: Honorable Travis R. McDonough ☑ U.S. District Judge ☐ U.S. Magistrate Judge

DeAndra Hinton — Courtroom Deputy
Elizabeth Coffey — Court Reporter
Interpreter(s): ☐ SWORN

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): Michelle Lapointe & Mederith Steward

Attorney(s) for Defendant(s): Don Aho, Brad Harvery, Zack Green

**PROCEEDINGS:**

Settlement Hearing held on 2/27/2023
Class settlement fund
Counsel talked to every member of class except one and settlement has been reached.
Court will enter order reflecting approval.

Time: 4:02 to 4:15

Date: 2/27/2023