UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ISABEL ZELAYA, et al, ) | |
| ) | Case No. 3:19-cv-62 |
| *Plaintiffs*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ROBERT HAMMER, et al., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before the Court is the parties' joint motion for final approval of the proposed class action settlement and entry of final judgment (Doc. 788).

The Court initially certified the class—which consists of all Latino individuals working at the Southeastern Provision meat packing plant in Bean Station, Tennessee on April 5, 2018, who were detained—on August 9, 2022 (Doc. 738). On October 19, 2022, the Court preliminarily approved the settlement (Doc. 781), and on February 27, 2023, the Court held a final fairness hearing regarding the settlement. The parties have advised the Court that notice packets, which included notice of the settlement and of the opportunity for class members to exclude themselves or file objections to the settlement, were transmitted to 98 mailing addresses and 43 email addresses. (Doc. 788, at 3–4.) At least 94 class members have timely submitted claim forms. (*Id.* at 4.) No class member has requested exclusion from the settlement, and no objections have been filed. (*Id.*) Because the Court finds that the notice given to the class satisfies the requirements of due process and Rule 23(e) of the Federal Rules of Civil Procedure and that the terms of the settlement agreement are fair, reasonable, and adequate, it hereby **APPROVES** the

1

settlement agreement and **ORDERS** the following:

1. Final judgment shall be entered on all claims in this action.

2. The Court will retain jurisdiction of all matters related to the interpretation, administration, implementation, and enforcement of this Order and the settlement agreement.

3. Parties to this action are hereby ordered to implement and comply with the terms of this settlement.

4. This action is to be dismissed with prejudice.

**SO ORDERED.**

>  /s/ *Travis R. McDonough*
> **TRAVIS R. MCDONOUGH**
> **UNITED STATES DISTRICT JUDGE**